SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
----------------------------------------------------------------X
IZAYA MALDONADO, by Parent and Natural Guardian,      Index No.: 21111-05
LUIS MALDONADO,

                                    Plaintiff,

    -against-

THE CITY OF NEW YORK, THE BOARD OF EDUCATION     NOTICE TO PLAINTIFF
OF THE CITY OF NEW YORK, THE NEW YORK CITY          OF FILING OF NOTICE
DEPARTMENT OF EDUCATION OFFICE OF PUPIL              OF REMOVAL
TRANSPORTATION, THE PIONEER TRANSPORTATION
CORPORATION, JOHN DOE, individually and as bus driver,
JANE DOE, individually and as bus aide, SUSAN ERBER,
individually and as Regional Superintendent of the District 75
Special Education Program, LORRAINE SESTI, individually
and as Principal of P.S. 17X, and J. Richberg, individually
and as a member of the Committee on Special Education
for Service District 75,

                                  Defendants.
----------------------------------------------------------------X

To:    March Menken and Weingarden PLLC
        *Attorneys for Plaintiffs*
        81 Main Street, Suite 305
        White Plains, New York 10601

Please take notice that all defendants THE CITY OF NEW YORK, i/s/h/a BOARD OF EDUCATION OF THE CITY OF NEW YORK, THE CITY OF NEW YORK i/s/h/a THE NEW YORK CITY DEPARTMENT OF EDUCATION OFFICE OF PUPIL TRANSPORTATION, THE PIONEER TRANSPORTATION CORPORATION, SUSAN ERBER, LORRAINE SESTI and J. RICHBERG on November 5, 2007, filed in the United States District Court for the Southern District of New York, a Notice of Removal of this cause from the Supreme Court of the State of New York, County of Bronx a copy of which is attached to this Notice, thus effecting removal of this cause to the District Court in accordance with 28 U.S.C. § 1446(d).

233078-1

Dated: New York, New York
November 5, 2007

        Yours etc.,

        SILVERMAN SCLAR SHIN & BYRNE PLLC

        By:_____
           Wayne S. Stanton: (WS0754)
           Silverman Sclar Shin & Byrne PLLC
           *Attorneys for the defendants The City of New York, i/s/h/a Board of Education of the City of New York, The City of New York i/s/h/a The New York City Department of Education Office of Pupil Transportation, The Pioneer Transportation Corporation, Susan Erber, Lorraine Sesti, and J. Richberg*
           381 Park Avenue South, Suite 1601
           New York, New York 10016
           Telephone No.: (212) 779-8600
           Facsimile No.: (212) 779-8858