SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------------------------X
IZAYA MALDONADO, by Parent and Natural Guardian,           Index No.: 21111-05
LUIS MALDONADO,

                                     Plaintiff,

   -against-

                                                              NOTICE OF FILING OF
THE CITY OF NEW YORK, THE BOARD OF EDUCATION    <u>NOTICE OF REMOVAL</u>
OF THE CITY OF NEW YORK, THE NEW YORK CITY
DEPARTMENT OF EDUCATION OFFICE OF PUPIL
TRANSPORTATION, THE PIONEER TRANSPORTATION
CORPORATION, JOHN DOE, individually and as bus driver,
JANE DOE, individually and as bus aide, SUSAN ERBER,
individually and as Regional Superintendent of the District 75
Special Education Program, LORRAINE SESTI, individually
and as Principal of P.S. 17X, and J. Richberg, individually
and as a member of the Committee on Special Education
for Service District 75,

                                     Defendants.
-----------------------------------------------------------------------X

TO:   CLERK OF THE COURT
        SUPREME COURT OF THE STATE OF NEW YORK
        COUNTY OF BRONX

You are hereby notified that on November 5, 2007, <u>all</u> defendants, THE CITY OF NEW YORK, i/s/h/a BOARD OF EDUCATION OF THE CITY OF NEW YORK, THE CITY OF NEW YORK i/s/h/a THE NEW YORK CITY DEPARTMENT OF EDUCATION OFFICE OF PUPIL TRANSPORTATION, THE PIONEER TRANSPORTATION CORPORATION, SUSAN ERBER, LORRAINE SESTI and J. RICHBERG, filed a Notice for Removal in this action in the United States District Court for the Southern District of New York. Attached hereto is a copy of the Notice of Removal, the original of which has been filed in the Untied States District Court for the Southern District of New York. Please file this notice with the attached notice of removal in the above captioned proceeding.

Dated: New York, New York
       November 5, 2007

                        Yours etc.,

                        SILVERMAN SCLAR SHIN & BYRNE PLLC

                        By: _____
                           Wayne S. Stanton: (WS0754)
                           Silverman Sclar Shin & Byrne PLLC
                           *Attorneys for the defendants The City of New*
                           *York, i/s/h/a Board of Education of the City of*
                           *New York, The City of New York i/s/h/a The*
                           *New York City Department of Education*
                           *Office of Pupil Transportation, The Pioneer*
                           *Transportation Corporation, Susan Erber*
                           *Lorraine Sesti, and J. Richberg*
                           381 Park Avenue South, Suite 1601
                           New York, New York 10016
                           Telephone No.: (212) 779-8600
                           Facsimile No.: (212) 779-8858