# AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE

Index # 17741/07  
State of New York, Supreme Court

Purchased/Filed: July 24, 2007  
County of Bronx

IZAYA MALDONADO, by Parent and Natural Guardian, LUIS MALDONADO,   Plaintiff

against

THE CITY OF NEW YORK, et. al.,   **FILED**   Defendant

STATE OF NEW YORK, COUNTY OF WARREN, SS.:

AUG 0 6 2007

BRONX COUNTY CLERK'S OFFICE

_____Sarah Roberts_____, being duly sworn, deposes and says: deponent is over the age of twenty-one (21) years; deponent is not a party herein; that on _____July 31, 2007_____, at _____1:24PM_____, at the office of the Secretary of State of the State of New York, at 41 State Street - 2nd Floor, Albany, New York 12207, deponent served the annexed:

Summons and Complaint

, on

PIONEER TRANSPORTATION CORP.

Defendant in this action, by delivering to and leaving with _____CAROL VOGT_____ AUTHORIZED AGENT in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _____40.00_____ dollars; that said service was made pursuant to Section 306 Business Corporation Law , ☐ ; and via Registered Mail sent on _____ receipt attached.

The Index No. and the date the action was filed were clearly marked and visible to the defendant.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: _46_  Approx. Weight: _110_  Approx. Ht.: _5'4_  
Sex: _F_  Color of skin: _WHITE_  Color of hair: _BROWN_  Other: _____

Sworn to before me on this 31st day of July 2007

Linda J. Fuller  
Notary Public State of New York  
No. 01FU6137505  
Qualified in Warren County  
My Comm Exp. Nov. 28 20 09

Sarah Roberts  
Cust. #/ WO # ___148306___

STATE PROCESS SERVING COMPANY - P.O. BOX 625 - YORKTOWN HEIGHTS, NEW YORK 10598

| | |
|---|---|
| SUPREME COURT STATE OF NEW YORK<br>COUNTY OF BRONX | Attorney: MARSH MENKEN & WEINGARDEN PLLC |

IZAYA MALDONADO, ET AL.

        - against -      Plaintiff(s)

THE CITY OF NEW YORK, ET AL.    Defendant(s)

Index No. 17741-07

AFFIDAVIT OF SERVICE OF:
SUMMONS AND COMPLAINT

STATE OF NEW YORK: COUNTY OF WESTCHESTER  SS:

DAVID LEVINE BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 08/02/07 at 0938 Hours at CORPORATION COUNSEL 100 CHURCH STREET NEW YORK, NY 10007 deponent served the within SUMMONS AND COMPLAINT on THE CITY OF NEW YORK therein named,

**FILED AUG 0 9 2007 BRONX COUNTY CLERK'S OFFICE**

**INDIVIDUAL A** ☐ by delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said person therein. ☐ (S) He identified (him)herself as such.

**CORPORATION B** ☒ a (domestic) (foreign) corporation by delivering thereat a true copy of each to MADALYN SANTANA personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be AUTHORIZED thereof

**SUITABLE AGE PERSON C** ☐ by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. ☐ (S) He identified (her) himself as of recipient

**AFFIXING TO DOOR, ETC. D** ☐ by affixing a true copy of each to the door of said premises, which is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there on the dates below:

**MAILING USE WITH C or D** ☐ Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to the above recipient at and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State.

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 30 | 5'6 | 130 |

**MILITARY SERVICE** ☒ Person spoken to was asked whether the recipient(s) was (were) in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the recipient(s) is (are) not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person(s) so served as aforesaid to be the same person(s) mentioned and described as the defendant(s) in this action.

*** ABOVE PAPERS WERE ENDORSED WITH THE INDEX NUMBER AND THE DATE OF FILING, 07/24/07 ***

**USE IN NYC CIVIL CT.** ☐ The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons (es).

Sworn to before me on the 08/06/07

GERI L. ALBERT
Notary Public, State of New York
No. 01AL5047399
Qualified in Westchester County
Commission Expires July 31,

DAVID LEVINE
LICENSE No. 778982

# 148303

SUPREME COURT STATE OF NEW YORK  COUNTY OF BRONX

Attorney: MARSH MENKEN & WEINGARDEN PLLC

Index No. 17741-07

IZAYA MALDONADO, ET AL.

Plaintiff(s)

- against -

THE CITY OF NEW YORK, ET AL.

Defendant(s)

AFFIDAVIT OF SERVICE OF: SUMMONS AND COMPLAINT

STATE OF NEW YORK: COUNTY OF WESTCHESTER ss:

DAVID LEVINE BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 08/02/07 at 0938 Hours at CORPORATION COUNSEL 100 CHURCH STREET NEW YORK, NY 10007 deponent served the within SUMMONS AND COMPLAINT on THE BOARD OF EDUCATION OF THE CITY OF NEW YORK therein named,

FILED AUG 09 2007 BRONX COUNTY CLERK'S OFFICE

**INDIVIDUAL A** ☐ by delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said person therein. ☐ (S) He identified (her) himself as such.

**CORPORATION B** ☒ a (domestic) (foreign) corporation by delivering thereat a true copy of each to MADALYN SANTANA personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be AUTHORIZED thereof

**SUITABLE AGE PERSON C** ☐ by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. ☐ (S) He identified (her) himself as of recipient

**AFFIXING TO DOOR, ETC. D** ☐ by affixing a true copy of each to the door of said premises, which is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there on the dates below:

**MAILING USE WITH C or D** ☐ Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to the above recipient at and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State.

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 30 | 5'6 | 130 |

**MILITARY SERVICE** ☒ Person spoken to was asked whether the recipient(s) was (were) in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the recipient(s) is (are) not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person(s) so served as aforesaid to be the same person(s) mentioned and described as the defendant(s) in this action.

*** ABOVE PAPERS WERE ENDORSED WITH THE INDEX NUMBER AND THE DATE OF FILING, 07/24/07 ***

**USE IN NYC CIVIL CT.** ☐ The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons (es).

Sworn to before me on the 08/06/07

GERI L. ALBERT
Notary Public, State of New York
No. 01AL5047399
Qualified in Westchester County
Commission Expires July 31, 2009

DAVID LEVINE
LICENSE No. 778982

# 148304