UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IZAYA MALDONADO, by Parent and Natural Guardian,
LUIS MALDONADO,

                                                  Case No:

                        Plaintiff,

  -against-

                                                  <u>RULE 7.1 STATEMENT</u>

THE CITY OF NEW YORK, THE BOARD OF EDUCATION
OF THE CITY OF NEW YORK, THE NEW YORK CITY
DEPARTMENT OF EDUCATION OFFICE OF PUPIL
TRANSPORTATION, THE PIONEER TRANSPORTATION
CORPORATION, JOHN DOE, individually and as bus driver,
JANE DOE, individually and as bus aide, SUSAN ERBER,
individually and as Regional Superintendent of the District 75
Special Education Program, LORRAINE SESTI, individually
and as Principal of P.S. 17X, and J. Richberg, individually
and as a member of the Committee on Special Education
for Service District 75,
                               Defendants.
------------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Court Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>all</u> the defendants THE CITY OF NEW YORK, i/s/h/a BOARD OF EDUCATION OF THE CITY OF NEW YORK, THE CITY OF NEW YORK i/s/h/a THE NEW YORK CITY DEPARTMENT OF EDUCATION OFFICE OF PUPIL TRANSPORTATION, THE PIONEER TRANSPORTATION CORPORATION, SUSAN ERBER, LORRAINE SESTI and J. RICHBERG, certifies that those defendants are either (i) a municipal corporation, (ii) a privately held corporation without any stock publicly traded and/or (iii) individuals who are natural persons.

Dated: New York, New York
      November 5, 2007

                                      Yours etc.,

                                      SILVERMAN SCLAR SHIN & BYRNE PLLC

By: _____
     Wayne S. Stanton: (WS0754)
     Silverman Sclar Shin & Byrne PLLC
     *Attorneys for the defendants The City of New York, i/s/h/a Board of Education of the City of New York, The City of New York i/s/h/a The New York City Department of Education Office of Pupil Transportation, The Pioneer Transportation Corporation, Susan Erber, Lorraine Sesti, and J. Richberg*
     381 Park Avenue South, Suite 1601
     New York, New York 10016
     Telephone No.: (212) 779-8600
     Facsimile No.: (212) 779-8858