## **CERTIFICATE OF SERVICE**

I, Mitchell I. Weingarden, am an attorney admitted to practice in the Courts of New York, and I affirm the following under penalty of perjury:

On December 5, 2007, I served true copies of the Affirmation of Mitchell I. Weingarden and Memorandum of Law, each in support of plaintiff's motion to remand, by United States Mail, by depositing true copies of the same documents, in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the attorney for plaintiff as indicated below:

Silverman Sclar Shin & Byrne PLLC
381 Park Avenue South, Suite 1601
New York, New York 10016

Dated: White Plains, New York
       December 5, 2007

Mitchell I. Weingarden