```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
IZAYA MALDONADO, by Parent and      :
Natural Guardian, LUIS MALDONADO,   :
                                    :   07 Civ. 9800 (JSR)
              Plaintiffs,           :
                                    :          ORDER
         -v-                        :
                                    :
CITY OF NEW YORK, BOARD OF EDUCATION:
OF THE CITY OF NEW YORK, NEW YORK   :
CITY DEPARTMENT OF EDUCATION OFFICE :
OF PUPIL TRANSPORTATION, PIONEER    :
TRANSPORTATION CORPORATION, JOHN    :
DOE, individually and as bus driver,:
JANE DOE, individually and as bus   :
aide, SUSAN ERBER, individually and :
as REGIONAL SUPERINTENDENT of the   :
District 75 Special Education       :
Program, LORRAINE SESTI,            :
individually and as Principal of    :
P.S.17X and J. RICHBERG,            :
individually and as a member of the :
Committee on Special Education for  :
Service District 75,                :
                                    :
              Defendants.           :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-2-08

JED S. RAKOFF, U.S.D.J.

On consent of the parties, this case is remanded to New York Supreme Court, Bronx County, without costs or sanctions. The Clerk of the Court is directed to remand this case and to close document number 5 in the Court's docket.

SO ORDERED.

/s/ Jed S. Rakoff
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       December 19, 2007